UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 24-318 (SRN/ECW) |
| | ) | |
| Plaintiff, | ) | **SCHEDULING ORDER** |
| v. | ) | |
| | ) | |
| VICTOR PAUL WALLACE, JR,, | ) | |
| | ) | |
| Defendant. | ) | |

---

Mary Riverso, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Lisa M. Lopez, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

---

Before the Court is Defendant Victor Paul Wallace, Jr.'s Motion for Extension of Time to File Position Pleadings [Doc. No. 88]. Mr. Wallace requests an extension of the deadline for filing sentencing position papers to two weeks before the sentencing hearing. The Government does not object to the request.

Sentencing in this matter is hereby scheduled for **December 14, 2026**, at **1:30 p.m.**, in Courtroom 7B of the Saint Paul Courthouse, before the undersigned judge. Mr. Wallace's Motion for Extension of Time to File Position Pleadings [Doc. No. 88] is **GRANTED**, with the parties' papers due on or before November 30, 2026.

Dated: October 13, 2026

s/Susan Richard Nelson
Susan Richard Nelson
United States District Court Judge